# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EARL WATSON, <br><br>　　　　　　　　Petitioner, <br><br>　　　v. <br><br> L. LUNDY, Warden, <br><br>　　　　　　　　Respondent. | NO.: CV 24-9794-MRA (AGR) <br><br> JUDGMENT |

　　Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

　　IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed failure to state a cognizable claim for federal habeas relief.

DATED: August 22, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MONICA RAMIREZ ALMADANI
　　　　　　　　　　　　　　　　United States District Judge